UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

CIVIL ACTION NUMBER: 5:18-cv-118-TBR

LaDONNA SPARKS                                                PLAINTIFF,

v.                                      **COMPLAINT**

COMPANION LIFE INSURANCE COMPANY              DEFENDANT.
    SERVE:    Kentucky Secretary of State
                  for Companion Life Insurance Co.
                  Duncan S. McIntosh
                  7909 Parklane Road Suite 200
                  Columbia SC 29223

      Comes now the Plaintiff, LaDonna Sparks, by counsel, and for her complaint states as follows:

      1.    This action arises under the Employee Retirement Income Security Act of 1974 [29 USC Section 1001 et. Seq.] (ERISA) and more particularly §502 (a) (1) (B) and §502 (c) of said Act [29 USC Section 1132 (a) (1) (B), §1132 (e)].

      2.    The Plaintiff is and was at all times relevant herein mentioned, an adult citizen of the State of Kentucky whose mailing address is 1412 Dudley Drive Murray KY 42071.

      3.    The Plaintiff was employed from February 1992, to March 14, 2016, as an employee and corporate officer for Automated Direct Mail Inc.

      4.    The Plaintiff, through her employer, was at all times relevant herein, covered by Group Insurance Long-Term Disability Plan (hereafter referred to as the "Plan") administered by Defendant, Companion Life Insurance Company and funded through a group insurance policy with Companion Life Insurance Company.

1

5. The Defendant, Companion Life Insurance Company is a corporation incorporated under the laws of the state of South Carolina and licensed to do business in the Commonwealth of Kentucky, with a registered agent for service of process as Duncan S. McIntosh, 7909 Parklane Road Suite 200 Columbia SC 29223.

6. The court also has jurisdiction over this matter pursuant to 28 USC § 1332, in that the matter in controversy is between citizens of different states and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

7. Defendant's Plan, is qualified employee's pension or retirement plan under the Internal Revenue Code of 1954, as amended, and an employee pension plan within the meaning of 29 USC § 1002 (2) (A) and § 1002 (35).

8. On or about February 1992, the Plaintiff became employed by Automated Direct Mail Inc., and remained continuously employed under the terms of the plan until on or about March 14, 2016, when Plaintiff stopped work due to her inability to perform her necessary job functions. She has been unable to return to her employment.

9. On or about May 6, 2016, Plaintiff applied for Group Disability Benefits under the Defendant's plan based upon her physical condition. Plaintiff received long term disability benefits under the Plan from June 13, 2016 until her benefits were stopped by the Defendant on February 13, 2017.

10. Plaintiff timely and appropriately appealed the denial of her benefits pursuant to the Plan. Plaintiff received her last denial on or about February 9, 2018. The Plaintiff has exhausted all of her administrative remedies regarding her long term disability claim

under the Plan and the Defendant has closed the record.

11. Benefits due are vested under the Pension Plan, and Plaintiff has complied with all such conditions in order to receive such disability benefits.

12. The Defendant failed to properly consider evidence offered by Plaintiff establishing that the Plaintiff is unable to perform her past work for Automated Direct Mail Inc., and that she meets the Plan's requirements for payment of benefits.

13. The Defendant failed to provide Plaintiff with the opportunity for a full and fair review of her claim and further failed to timely provide the necessary information required for accurate notice in violation of 29 USC Section 1133.

14. The above mentioned decision of the Defendant denying Plaintiff benefits due under the terms of the Plan was arbitrary, capricious, not made in good faith, unsupported by substantial evidence, erroneous as a matter of law, and in violation of ERISA.

15. As the direct and proximate result of the actions of the Defendant, Plaintiff has incurred costs and attorney's fees in an amount not currently known to Plaintiff.

16. As the direct and proximate result of above actions of the Defendant, Plaintiff has lost benefits in an amount not known in full to Plaintiff, but such loss approximates the amount of benefits due under the terms of the Plan for each month since February 13, 2017, and this amount the Plaintiff will continue to sustain each month until the benefits are paid in full.

17. The Plaintiff has submitted to the Defendant in support of her claim for disability benefits under the Plan, substantial and compelling evidence of her disability.

The Plaintiff has submitted medical records and statements from treating physicians which specifically verify in great detail her incapacity, the medical reasons thereof, and her entitlement to benefits under the Plan.

18. Defendant had no legitimate or logical reason for refusing to pay Plaintiff's valid claim under the Plan.

19. Defendant's intentional refusal to pay Plaintiff's valid claim under the Plan was a breach of the Plan and of the implied-in-law duty of good faith and fair dealing and operated to unreasonably deprive Plaintiff of the benefits of the Plan.

WHEREFORE, the Plaintiff requests relief against the Defendant as follows:

1. An order requiring the above Defendant to pay Plaintiff all long term disability benefits accrued and unpaid to the date of this judgement;

2. An order for Defendant to designate Plaintiff as an eligible participant under the Plan and to Pay Plaintiff a monthly pension in appropriate amount under the Plan henceforth;

3. Plaintiff be awarded attorney fees and costs of this action and such other relief as deemed appropriate;

4. All other relief for which she may be entitled.

_____
Donald R. Green, Jr.
Law Offices of Donald R. Green, Jr.
5120 Village Square Drive, Suite 105
Paducah, KY 42001
Telephone: (270) 443-8992
Facsimile: (270) 408-4530

Email:     drglawyer@juno.com
ATTORNEY FOR PLAINTIFF